# Court of Appeals
# of the State of Georgia

ATLANTA, __March 21, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0264.  JAMES KEMP v. THE STATE.**

James Kemp pled guilty to kidnapping and other crimes.  He later filed a motion seeking, among other things, to withdraw his guilty plea.  The trial court dismissed the motion, and Kemp filed this application for discretionary appeal, as well as a direct appeal that has been docketed as A13A1392.

A trial court's order resolving a motion to withdraw a guilty plea, even an untimely one, is directly appealable.  See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008); *Ward v. State*, 311 Ga. App. 53 (714 SE2d 731) (2011).  Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Because Kemp has already filed a direct appeal from the same order, however, this application is hereby DISMISSED as superfluous.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __03/21/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*